IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JUAN ANTONIO ORTEGON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-10-CA-337-FM |
| | § | |
| **THE COUNTY OF EL PASO, TEXAS; ALEX GAMBOA**, individually and in his official capacity as former constable of Precinct 6, El Paso County, Texas; **MARIO RAMOS**, individually and in his official capacity as former deputy constable of Precinct 6, El Paso County, | § § § § § § § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION REQUESTING FOR THE PARTIES TO BE ALLOWED TO PROCEED WITH MEDIATION TOMORROW MORNING-SEPTEMBER 29, 2011**

On this day, the court considered Plaintiff Juan Antonio Ortegon's ("Ortegon") "Agreed Motion Requesting for the Parties to be Allowed to Proceed with Mediation Tomorrow Morning-September 29, 2011" [ECF No. 25], filed September 28, 2011. Ortegon requests the court to allow the parties to attend the scheduled mediation in the above-captioned case notwithstanding the fact that the proceedings in the case are currently stayed. The court finds it should, and hereby does, **GRANT** Ortegon's "Agreed Motion Requesting for the Parties to be Allowed to Proceed with Mediation Tomorrow Morning-September 29, 2011" [ECF No. 25]. The stay in this case **SHALL REMAIN** otherwise unaffected.

**SO ORDERED.**

**SIGNED** this **28th** day of **September**, **2011**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**