**JO ANNE BERNAL**
EL PASO COUNTY ATTORNEY
500 EAST SAN ANTONIO
ROOM 503, COUNTY COURTHOUSE
EL PASO, TEXAS 79901

TEL: (915) 546-2083
FAX: (915) 546-2133

March 7, 2012

The Honorable Frank Montalvo
United State Western District Court Texas
525 Magoffin
El Paso, Texas 79901

RE: *Juan Antonio Ortegon v. County of El Paso, Texas, et al.*, Cause No. EP-10-CV-0337; CA No. LD-10-096.

Dear Judge Montalvo:

On September 28, 2011, this Court granted Defendants' Motion to Stay these proceedings pending the resolution of Mario Ramos' criminal trial for aggravated assault with a deadly weapon because the criminal trial involved the same factual issues as this case. The Court further ordered Defendants to inform the Court of the conclusion of Mario Ramos' criminal trial.

On the evening of March 5, 2012, the jury in the criminal case found Mario Ramos not guilty of aggravated assault with a deadly weapon. Therefore, Defendants hereby inform the Court of the conclusion of the criminal matter.

If you have any questions, please do not hesitate to contact me.

Sincerely,

**JOHN P. VALDEZ**
*Assistant County Attorney*

JPV/imm
c:     Humberto Enriquez